AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ALVARO SANCHEZ-AGUILAR, et al,

        Plaintiff,

v.

SIX UNKNOWN NAMES AGENTS, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-044-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the application for in forma pauperis is DENIED and the Complaint is DISMISSED without prejudice for lack of jurisdiction. The court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. 1631.

March 24, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer